# MEMORANDUM DECISIONS.

E. F. Porter, Plaintiff in Error, v. D. A. Ewing, Defendant in Error.

(Supreme Court of Florida, Division B, November 23, 1905.)

Writ of Error to Circuit Court Santa Rosa county; James T. Wills, Judge Eighth Circuit sitting for the Judge First Circuit.

*J. J. Sullivan,* for Plaintiff in Error.

*Thos. F. West,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. Cause dismissed on account of defective certificate to transcript of record, the certificate failing to state that the transcript contains a "correct transcript of the record of the judgment," and also that it contains "true and correct copies of all such papers and proceedings," &c.

Decision Per Curiam.

Alachua Phosphate Company, Plaintiff in Error, v. Anglo-Continental (late Ohlendorf's) Guano Works, Defendant in Error.

(In the Supreme Court of Florida, Division A. January Term, A. D. 1906.)

Marion County.

Case No. 2.

Per Curiam.

The principles announced in Case No. 1 between the same parties this day affirmed are decisive of this case and the judgment herein is affirmed.

(Case No. 1—Page 143.)

Alachua Phosphate Company, Plaintiff in Error, v. Anglo-Continental (late Ohlendorf's Guano Works, Defendant in Error.

(In the Supreme Court of Florida, Division A. January Term, A. D. 1906.)

Marion County.

Case No. 3.

Per Curiam.

The principles announced in Case No. 1 between the same parties this day affirmed are decisive of this case and the judgment herein is affirmed.

(Case No. 1—Page 143.)